# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE MEMPHIS BRANCH (NAACP), ANGELA BARKSDALE, DR. NOEL HUTCHINSON, TAMARA HENDRIX and JANICE F. SCOTT, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| SHELBY COUNTY ELECTION COMMISSION, LINDA PHILLIPS in her official capacity as Administrator of the Shelby County Election Commission, NORMA LESTER, ROBERT MEYERS, DEE NOLLNER, ANTHONY TATE and STEVE STAMSON in their Official Capacities as Members of the Board of Commissioners of the Shelby County Election Commission, | )   No. 2:18-cv-02534<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL/NON-SUIT**

**COME NOW THE PLAINTIFFS**, Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff NAACP, et al, and of their counsel of record, hereby give notice that the above-entitled action is voluntarily dismissed, without prejudice against the above-named Defendants.

1

2

**RESPECTFULLY SUBMITTED,**

*THE WHARTON LAW FIRM*

s/Alexander C. Wharton
Alexander C. Wharton (#026937)
André C. Wharton (#22588)
1575 Madison Avenue
Memphis, Tennessee 38104
901-726-6884
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing Notice of Voluntary Dismissal/Non-Suit was forwarded by electronic means via the Court's electronic filing system to the following counsel of record, Mr. John Ryder and Mr. Pablo Varela, Defendants' Attorneys at 40 S. Main Street, Suite 2210, Memphis, Tennessee 38103, this the 2nd day of January, 2019.

                                      s/ ALEXANDER C. WHARTON_____