IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
MEMPHIS BRANCH (NAACP), ANGELA
BARKSDALE, DR. NOEL HUTCHISON,
TAMARA HENDRIX, and JANICE F. SCOTT,

      Plaintiffs,

v.                                                                          No. 2:18-cv-2534-SHM-cgc

SHELBY COUNTY ELECTION COMMISSION,
LINDA PHILLIPS in her official capacity as
Administrator of the Shelby County Election
Commission, NORMA LESTER,
ROBERT MEYERS, DEE NOLLNER,
ANTHONY TATE, and STEVE STAMSON, in
their Official Capacities as Members of the
Board of Commissioners of the Shelby County
Election Commission,

      Defendants.

---

### ORDER OF DISMISSAL

---

      The plaintiffs have submitted a Notice of Voluntary Dismissal/Non-Suit indicating that this matter may be dismissed without prejudice. This case is therefore dismissed in its entirety without prejudice.

      SO ORDERED this 8th day of January, 2019.

                                                         *s/   Samuel H. Mays, Jr.*
                                                         SAMUEL H. MAYS, JR.
                                                         UNITED STATES DISTRICT JUDGE