```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
MEMPHIS BRANCH (NAACP), ANGELA
BARKSDALE, DR. NOEL HUTCHISON,
TAMARA HENDRIX, and JANICE F. SCOTT,

    Plaintiffs,

v.                                              Cv. No. 18-2534-SHM-cgc

SHELBY COUNTY ELECTION COMMISSION,
LINDA PHILLIPS in her official capacity
as Administrator of the Shelby County
Election Commission, NORMA LESTER,
ROBERT MEYERS, DEE NOLLNER,
ANTHONY TATE, and STEVE STAMSON, in
their Official Capacities as Members of
the Board of Commissioners of the Shelby
County Election Commission,

    Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal docketed January 8, 2019.

**APPROVED:**

 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *January 8, 2019* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |